IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN DARRELL GARLAND, | ) | Civil Action No. 7:15-cv-00010 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD CLARKE, | ) | By:   Hon. Michael F. Urbanski |
|     Respondent. | ) |        United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

Entered: October 29, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge